# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ATHENE ANNUITY AND LIFE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>(1) SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company; and<br><br>(2) SDM HOLDINGS, LLC, a Connecticut Limited Liability Company,<br><br>Defendants. | Case No. 24-CV-871-PRW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Athene Annuity and Life Company ("Athene") hereby submits its corporate disclosure statement.

Apollo Global Management, Inc., a Delaware corporation, directly owns 100% of the issued and outstanding common shares of Athene Holding Ltd., a Delaware corporation. Athene Holding Ltd. is the parent company to Athene USA Corporation, an Iowa corporation, which in turn is the parent company to Athene Annuity Re Ltd., a Bermuda insurance company. Athene Annuity Re Ltd. is the parent company to Athene Annuity & Life Assurance Company, a Delaware corporation, which in turn is the parent company to Defendant Athene Annuity and Life Company, an Iowa corporation.

Athene Annuity and Life Company is not a publicly-traded company. However, the common stock of Apollo Global Management, Inc. is publicly traded on the New York Stock Exchange. In addition, the depositary shares issued in respect of preferred shares of Athene Holding Ltd. are publicly traded on the New York Stock Exchange. Prior to the

consummation of the mergers on January 1, 2022 involving Athene Holding Ltd. and Apollo Global Management, Inc., the common shares of Athene Holding Ltd. were publicly traded on the New York Stock Exchange. To the knowledge of Athene, there are no 10% beneficial owners of Apollo Global Management, Inc.

Respectfully submitted,

/s/ Alison M. Howard
Alison M. Howard, OBA #19835
CROWE & DUNLEVY,
A PROFESSIONAL CORPORATION
The Braniff Building
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
alison.howard@crowedunlevy.com

**ATTORNEYS FOR PLAINTIFF
ATHENE ANNUITY & LIFE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2024, I served the aforesaid document by U.S. mail postage prepaid on the following:

Nicole Jacobsen, Manager
SDM Holdings, LLC
P.O. Box 13086
Oklahoma City, OK  73113

Robert B. Cox, Agent for Service of Process
SDM Holdings, LLC
Halloran & Sage LLP
225 Asylum Street
Hertford, CT  06103-1503

          s/Alison M. Howard
          Alison M. Howard, OBA# 19835