### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ATHENE ANNUITY AND LIFE COMPANY, | ) <br> ) <br> ) |
| Plaintiff, | ) |
| vs. | )    NO. CIV-24-0871-HE |
| SDM HOLDINGS, LLC, ET AL., | ) <br> ) <br> ) |
| Defendants. | ) |

## **CLERK'S ENTRY OF DEFAULT**

A search of the court records in this case reveals that there was no answer, appearance or response to plaintiff's complaint filed by defendant SDM Holdings, LLC, a Connecticut limited liability company within the time prescribed. Therefore, defendant SDM Holdings, LLC, a Connecticut limited liability company is in default.

Dated this 21st day of October, 2024.

                                                          **Joan Kane, Clerk of Court**
                                                          **Western District of Oklahoma**

                                        By:    s/Lisa Minter
                                                          Deputy Clerk